# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00032-CV

**Billy Hung Nguyen, Appellant**

**v.**

**The State of Texas; The City of Fort Worth, Texas; The Transit Authority of Fort Worth, Texas; and the Special Purpose District of Fort Worth Crime Control, Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GV-12-000763, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Billy Hung Nguyen has filed an unopposed motion to dismiss this appeal and to tax costs against the party incurring them.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   April 16, 2014